IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IRMA ORIVE, Individually, as Heir at Law, and as Representative of the Estate of RICARDO MARCOS, Deceased, AND ALEXANDRA MARCOS LOPEZ <br><br> v. <br><br> TRANSPORTES CANALES, S.A. De C.V., SILVESTRE HERNANDEZ, and HYUNDAI TRANSLEAD | § § § § § § § § § § § CIVIL ACTION NO. 7:18-cv-00230 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Irma Orive, Individually, as Heir at Law, and as Representative of the Estate of Ricardo Marcos, Deceased, and Alexandra Marcos Lopez, and Defendant Hyundai Translead, by and through their respective counsel, announce to the Court that they have settled the matters in controversy between them. In accordance with the release executed by Irma Orive, Alexandra Marcos Lopez and Hyundai Translead, the parties stipulate as follows:

1. That all claims, demands, debts, and causes of action that have or could have been asserted in this matter be dismissed with prejudice;

2. That all costs be taxed against the party incurring them; and

3. That no claims or disputes remain pending in this matter before the Court.

**STIPULATED TO AND APPROVED BY:**

    THE AMMONS LAW FIRM, LLP
    3700 Montrose Boulevard
    Houston, Texas 77006
    Telephone: (713) 523-1606
    Facsimile: (713) 523-4159

Robert E. Ammons
Texas Bar No. 01159820
rob@ammonslaw.com

*Attorneys for Plaintiffs*


PLUNKETT, GRIESENBECK & MIMARI, INC.
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209
Telephone: (210) 734-7092
Facsimile: (210) 734-0379

Charlie J. Cilfone, P.E.
Texas Bar No. 04251200
Whitley B. Zachary
Texas Bar No. 24091841
CJCilfone@pg-law.com
wzachary@pg-law.com
*Attorneys for Defendant Hyundai Translead*